IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

EDUARDO LOPEZ LOPEZ

CASE NO. 12-02702 BKT

CHAPTER 13

Debtor

## OBJECTION TO MOTION TO VACATE OR RECONSIDER OF DISMISSAL

TO THE HONORABLE COURT:

COMES NOW secured creditor BANCO POPULAR DE PUERTO RICO ("BPPR") represented by the undersigned attorney and respectfully sets forth and prays:

1. That on September 12, 2012 the Court entered an order dismissing this case after the Trustee's request. Docket entry 28.

2. That on September 24, 2012 Debtor filed a motion to vacate the order of dismissal including the documentation pending delivery to the Trustee. (Docket entry 30)

3. That BPPR objects to the reconsideration of the Order Dismissing Case based on the facts and legal arguments hereinafter alleged.

4. The proposed Chapter 13 Payment Plan commits Debtor to continue paying directly to BPPR the post-petition installments due on the residential mortgage loan.

5. That Debtor has accrued three (3) months in post-petition arrears in the mortgage payments owed to BPPR for the total amount of $3,055.92. Debtor's failure to make the post-petitions payments to BPPR constitutes a material default of the terms

of the confirmed plan. Copy of the Statement of Account is attached hereto and made part hereof as Exhibit 1 of the foregoing motion.

6. That Debtor had also accumulated prior to the filing of the petition nine (9) monthly installments in arrears on the mortgage with BPPR. Prior to the filing of the petition BPPR had commenced foreclosure proceedings for which expenses were incurred. The delay caused by Debtor in the management of his case is truly detrimental to BPPR and all creditors as the delay on confirmation stall the distribution to BPPR for the prepetiton arrears that total the amount t of $11,205.33, which includes the foreclosure expenses incurred by BPPR due to Debtor's default.

7. That based on the facts previously alleged, it is obvious that debtor is facing a serious financial feasibility problem that makes one to wonder if the Chapter 13 is the appropriate remedy to achieve debtor's financial reorganization.

8. That in summary debtor has failed to meet the test of Section 1325 (a)(6) of the Code, 11 U.S.C. § 1325 (a)(6) that requires in order for the Court to be able to confirm the Plan it has to make a finding that debtor will be able to <u>make all payments</u> under the plan. See <u>In re Stanley</u>, 296 B.R. 402 (Bank. E.D. Va. 2002); <u>Ewald v. National City Mortgage Co. (In re Ewald)</u>, 298 B.R. 76 (E.D. Va. 2002). The financial feasibility test is also applicable to the present procedural incident.

9. That the dismissal of the case is warranted pursuant to 11 U.S.C § 1307 (c)(6) for debtor's material default of a term of the confirmed plan.

WHEREFORE BPPR prays for an Order denying the motion for reconsideration of the Order Dismissing Case filed by debtor.

In San Juan, Puerto Rico this 27th day of September, 2012.

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on even date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Juan Calderon Lithgow, Esq., Jose Ramon Carrion, Chapter 13 Trustee, and all CM/ECF participants.

CARDONA JIMENEZ LAW OFFICE
Attorney for BPPR
PO Box 9023593
San Juan, PR 00902-3593
Tel. 787-724-1303
Fax. 787-724-1369
jf@cardonalaw.com

By: /Vivian Ortiz-Ponce
VIVIAN ORTIZ-PONCE
USCD-PR 211611
vortiz@cardonalaw.com

# STATEMENT OF ACCOUNT

| EDUARDO LOPEZ-LOPEZ | 6605 | 12-02702BKT JC | 04/05/12 |
|---|---|---|---|
| Petitioner Name | Loan Number | Bankruptcy Number | Filing Date |

## SECURED LIEN ON REAL PROPERTY

| | | |
|---|---|---|
| Principal Balance as of 10/01/11 | | 115,344.44 |
| Accrued Interest from 09/01/11 to 09/30/12 | | 6,863.93 |
| Interest Rate 5.50000 | Accrued No. of Days 396 | Per Diem: 17.33 |

Monthly Payment to Escrow: (To be used when loan will be cancelled under the bankruptcy payment plan)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Hazard | 0.00 | Taxes | 0.00 | MIP | 0.00 | | |
| A&H | 0.00 | Life | 0.00 | | | | |
| TOTAL Monthly Escrow | | | 0.00 | Mths in Arrears | 12 | Escrow in Arrears..... | 0.00 |
| | | | | | | Accrued Late Charge | 593.25 |

**Advances Under Loan Contract:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Title Search | 50.00 | Tax Certificate | 0.00 | Inspection | 0.00 | | 1,524.00 |
| Other | 1,474.00 | | | | | | |
| FC Legal Fees | 0.00 | | | BKT Legal Fees | 300.00 | | 300.00 |
| TOTAL Amount owed as of 09/30/12 | | | | | | | 124,625.62 |

## AMOUNT IN ARREARS

**Pre-Petition Amount:**

| | | | |
|---|---|---|---|
| 9 Payments of | 987.00 each one | | 8,883.00 |
| Accumulated Lated Charges | | | 498.33 |

**Advances Under Loan Contract:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Title Search | 50.00 | Tax Certificate | 0.00 | Inspection | 0.00 | | 1,524.00 |
| Other | 1,474.00 | | | | | | |
| FC Fees | 0.00 | | | BKT Legal Fees | 300.00 | | 300.00 |
| | | | | **A = TOTAL PRE-PETITION AMOUNT** | | | 11,205.33 |

**Post-Petition Amount:**

| | | |
|---|---|---|
| 3 Payment of | 987.00 each one | 2,961.00 |
| Late Charge | | 94.92 |
| | **B = TOTAL POST-PETITION AMOUNT** | 3,055.92 |
| | **A + B = TOTAL AMOUNT IN ARREARS** | 14,261.25 |

## OTHER INFORMATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Next Payment Due | 10/01/11 | Interest Rate 5.50000 | P&I 949.28 | Req. Esc 37.72 | Monthly Late Charge | | 47.46 |
| Investor | BANCO POPULAR DE PUERTO RICO | | Property Address | | X-19 LADI E URB.LEVITTOWN TOA BAJA PR | | |

The subscribing representative of Banco Popular de Puerto Rico declares under penalty of perjury that according to the information gathered by Banco Popular de Puerto Rico foregoing is true and correct.

_____  
BANCO POPULAR DE PUERTO RICO

Date 9/11/12

**EXHIBIT 1**

PM-031/6-11 (L)