UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>EDUARDO LOPEZ LOPEZ<br>MYRNA LIZZETTE ALICEA RODRIGUEZ<br><br>DEBTOR (S) | CASE NO. 12-02702-BKT<br><br>CHAPTER 13 |

TRUSTEE'S POSITION
REGARDING APPLICATION FOR ATTORNEY'S FEES

TO THE HONORABLE COURT:

NOW COMES José R. Carrión, Chapter 13 Trustee, through the undersigned and very respectfully alleges and prays:

1. The Trustee has no opposition to Debtor's attorney's request for additional Attorney's Fees.(Docket # 52 ).

WHEREFORE the Trustee respectfully requests this Honorable Court to take notice of the abovementioned regarding application for attorney fees.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certified that a copy of this motion has been served on this same date, to their respective address of record to: Debtor(s), to their counsel and to all those parties in interest who have filed a notice of appearance by First Class Mail if not an ECFS register user.

In San Juan, Puerto Rico this Thursday, June 20, 2013.

/s/ Jose R. Carrion
JOSE R. CARRION
CHAPTER 13 TRUSTEE
P.O. Box 9023884, Old San Juan Sta.
San Juan, P.R. 00902-3884
Tel (787)977-3535   FAX (787)977-3550